# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CLINT BIBLE, an Individual<br><br>Plaintiff,<br><br>v.<br><br>GRAYBAR ELECTRIC COMPANY, INC., a Missouri Corporation,<br><br>Defendant. | Case No. 16-cv-00731- JED-FHM |

## STIPULATION OF DISMISSAL

COME NOW all the Parties hereto, Plaintiff, Clint Bible, and Defendant, Graybar Electric Inc., and hereby notify the Court and stipulate that all of Plaintiff's claims herein have been resolved by Settlement Conference. The Parties further jointly stipulate this matter can be dismissed with prejudice to the refiling hereof.

Respectfully submitted,

**HOLDEN & MONTEJANO**

*s/ Eddie L. Carr*
Eddie L. Carr, OBA #12601
Steven E. Holden, OBA #4289
15 East 5th Street, Suite 3900
Tulsa, OK 74103
918-295-8888; 918-295-8889 (facsimile)
EddieCarr@HoldenLitigation.com
SteveHolden@HoldenLitigation.com
*Attorneys for Defendant*
*Graybar Electric Company, Inc.*

*s/Jef Stites*
P.O. Box 711
Pryor, Oklahoma 74362
*Attorney for Plaintiff*

-2-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 7th day of May 2018, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Gary Allen Eaton
Gerald Robert Lee
Jeffrey (Jef) Tapp Sites

                                            *s/ Eddie L. Carr*
                                            Eddie L. Carr